UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEPPERBALL TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SECURITY WITH ADVANCED ) <br> TECHNOLOGY, INC., et al., ) <br> ) <br> Defendants. ) <br> ) | Civil No. 07cv0672 JAH(POR) <br><br> **ORDER DENYING PLAINTIFF'S MOTION TO STRIKE AND GRANTING PLAINTIFF'S REQUEST TO FILE A RESPONSE TO DEFENDANT'S ADDENDUM** <br> **[Doc. No. 31]** |

On October 3, 2007, Defendants filed an addendum to their reply in support of the motion to stay proceedings without first seeking leave of court. Plaintiff objects to and moves to strike the addendum.

A party must seek leave of court before filing any supplemental pleading. See Fed.R.Civ.P. 15(d). As such, the addendum may be stricken as improperly filed. However, the Court finds the addendum pertinent to the issues raised in the motion to stay the proceedings and therefore, denies the request to strike the document. Plaintiff shall have an opportunity to file a response.[1]

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's motion to strike is **DENIED.**

---

[1] Plaintiff includes a request to respond to the addendum in its motions.

2. Plaintiff shall file a response to the addendum **on or before October 15, 2007**.

DATED: October 5, 2007

HON. JOHN A. HOUSTON
United States District Judge